IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

RICHARD BARTOLETTI, JR., )
 )
           Plaintiff, )
 )
     v. )
 ) Civil Action No. 07-439
COUNTY OF BEAVER, *et al*, ) Chief Judge Ambrose
 ) Magistrate Judge Bissoon
           Defendants. )

## MEMORANDUM ORDER

Richard Bartoletti's ("Bartoletti" or "Plaintiff") Complaint filed pursuant to 42 U.S.C. §1983 was received by the Clerk of Court on April 3, 2007, and was referred to United States Magistrate Judge Francis X. Caiazza for pretrial proceedings in accordance with the Magistrates Act, 28 U.S.C. § 636(b)(1), and Rules 72.1.3 and 72.1.4 of the Local Rules for Magistrates. The case has been reassigned to Magistrate Judge Bissoon effective August 1, 2008.

The Magistrate Judge's Report, filed on July 10, 2008, recommended that the Renewed Motion to Dismiss filed by Southern Health Partners, Inc., (Doc. 27), and the Motion to Dismiss of John and Jane Doe Medical Personnel (Doc. 15), each be granted in part and denied in part. The parties were allowed ten days from the date of service to file objections. No objections have been filed.

After de novo review of the pleadings and documents in the case, together with the Report and Recommendation, the following

ORDER is entered:

AND NOW, this 15th day of Aug., 2008,

IT IS HEREBY ORDERED that the Renewed Motion to Dismiss filed by Southern Health Partners, Inc., (Doc. 27) is GRANTED IN PART AND DENIED IN PART, and that the Motion to Dismiss of John and Jane Doe Medical Personnel (Doc. 15) is GRANTED IN PART AND DENIED IN PART.

The Report and Recommendation of Magistrate Judge Caiazza, (Doc. 30), dated July 10, 2008, is adopted as the opinion of the court.

s/Donetta Ambrose
Donetta Ambrose
Chief U.S. District Court Judge